United States District Court
for the District of Arizona
January 3, 2011
Show Cause Hearing Minutes

Minute Entry - Civil

Case No.    CV 10-8209-PCT-JAT
Title:      Palmer v. Savona, et al.
------------------------------------━━━━━━━━━━━━━━━━━━━━━━━━━━━━━-----------------
MINUTE ENTRY before Judge James A. Teilborg.    Court Reporter: David German

Appearances:   Pro se plaintiff Peter M. Palmer not present.  No one appearing for defendants.

Order to Show Cause Hearing held re: why the case should not be dismissed for failure to prosecute, failure to comply with Court order, failure to return service packets within Court's deadline of 12/12/2010.

Plaintiff having failed to appear for today's show cause hearing and having failed to notify the Court in writing or by telephone to show cause and failing to comply with Court's earlier Order regarding return of service,

**IT IS ORDERED** dismissing this case <u>without</u> prejudice for failure to prosecute and failure to comply with this Court's orders.

                                                    Time in Court: 2 minutes


-------------------------------------------------------------------------------------------------------

CASE ASSIGNED TO:
        Hon. James A. Teilborg, Judge