```
 1
 2
 3
 4
 5
 6                    IN THE UNITED STATES DISTRICT COURT
 7                         FOR THE DISTRICT OF ARIZONA
 8
 9   Peter Michael Palmer,              )   No. CV 10-8209-PCT-JAT
                                        )
10              Plaintiff,              )   ORDER
                                        )
11   vs.                                )
                                        )
12                                      )
     Glenn A. Savona and Jane Doe Savona,)
13   husband and wife, et al.,          )
                                        )
14              Defendants.             )
                                        )
15   _____)
16
```

17      Pending before the Court is Plaintiff's Motion for Reconsideration of Judge Teilborg's

18 Dismissal of Case (Doc. # 11).

19      Pursuant to the Court's Order, dated November 10, 2010, and filed November 12,

20 2010, Plaintiff, proceeding *in forma pauperis*, was ordered to complete and return to the

21 Clerk's office (to forward to the Marshal) all necessary documents to effectuate service

22 within 30 days of the Order (*i.e.*, December 12, 2010). (Doc. # 8.) Plaintiff did not timely

23 comply with the Order.

24      On December 20, 2010, the Court ordered Plaintiff to appear on January 3, 2011, and

25 show cause as to why the case should not be dismissed for failure to comply with the Court's

26 Order. (Doc. # 9.) Plaintiff did not appear at the hearing on January 3, 2011, and did not

27 notify the Court in writing or by telephone of Plaintiff's inability or intent not to appear at

28 the hearing. Further, Plaintiff did not request in writing or by telephone an extension of

1 either the Court's service packet deadline or the hearing. Accordingly, the Court dismissed
2 the case without prejudice for failure to prosecute and failure to comply with the Court's
3 orders. (Doc. # 10.) Plaintiff filed a motion to reconsider the Court's dismissal of the case,
4 and then filed a notice of appeal.

5     Plaintiff has shown no reason as to why Plaintiff failed to comply with the deadline
6 set by the Court for delivery of the service packets. Further, Plaintiff has shown no reason
7 as to why Plaintiff did not appear for the Court's hearing to show cause as to why the case
8 should not be dismissed. Finally, Plaintiff has not requested the Court extend any deadlines
9 or hearing dates. Plaintiff's failure to comply with the Court's orders warrants dismissal of
10 the case without prejudice. Accordingly,

11     **IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration of Judge
12 Teilborg's Dismissal of Case (Doc. # 11) is **DENIED**.

13     DATED this 16th day of March, 2011.

James A. Teilborg
United States District Judge