IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer,<br><br>              Plaintiff,<br><br>v.<br><br>Glenn A. Savona, individually and in his official capacity as Prescott City Prosecutor and Jane Doe Savona, husband and wife; Dan Murray, individually and in his official capacity as City of Prescott police department employee and Jane Doe Murray, husband and wife; Christine Keller, individually and in her official capacity as City of Prescott police department employee and Joseph Keller, wife and husband; Melody Thomas-Morgan (f.k.a. Melody Bodine), an individual; Mark M. Moore and Jane Doe Moore, individuals, husband and wife; City of Prescott, an Arizona municipal corporation,<br><br>              Defendants. | No. CV-10-08209-PCT-JAT<br><br>**ORDER** |

**IT IS ORDERED** granting the Joint Motion and Stipulation (Doc. 52) as follows:

1. Plaintiff may file an Amended Response to the Defendants' Second Motion to Dismiss not to exceed 22 pages.

2. Defendants Glenn Savona, Dan Murray, Christine Keller, and the City of Prescott

(Prescott Defendants) may file an Amended Reply <u>not to exceed 13 pages.</u>

3. Plaintiff shall serve and file an Amended Response to the Prescott Defendants' Second Motion to Dismiss within 10 days of the date of entry this order.

4. The Prescott Defendants shall serve and file an Amended Reply to Plaintiff's Response to Prescott Defendants' Motion to Dismiss within 7 days, calculated pursuant to Fed. R. Civ. P. 6, after service of Plaintiff's Response.

5. The parties need not comply with the requirements of L.R. Civ. P. 15.1, and need not show brackets or underlining for deleted and added text to their original Response and Reply.

Dated this 7th day of March, 2013.

*James A. Teilborg*
Senior United States District Judge