**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer,<br><br>                    Plaintiff,<br><br>v.<br><br>Glenn A. Savona, individually and in his official capacity as Prescott City Prosecutor and Jane Doe Savona, husband and wife; Dan Murray, individually and in his official capacity as City of Prescott police department employee and Jane Doe Murray, husband and wife; Christine Keller, individually and in her official capacity as City of Prescott police department employee and Joseph Keller, wife and husband; Melody Thomas-Morgan (f.k.a. Melody Bodine), an individual; Mark M. Moore and Jane Doe Moore, individuals, husband and wife; City of Prescott, an Arizona municipal corporation,<br><br>                    Defendants. | No. CV-10-08209-PCT-JAT<br><br>**ORDER** |

The Court of Appeals has referred this case to this Court to decide,

whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

Doc. 69.

The Court finds the appeal is taken in bad faith. Accordingly,

IT IS ORDERED that in forma pauperis status is revoked.

Dated this 15th day of November, 2013.

James A. Teilborg
Senior United States District Judge