**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Michael Palmer, | No. CV-10-08209-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Glenn A. Savona, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Award of Attorneys' Fees and Non-Taxable Expenses (Doc. 60). Defendants ask the Court to award $36,650 in "estimated" attorneys' fees pursuant to 42 U.S.C. § 1988. (Doc. 60 at 2). The sole evidence offered in support of the motion is Defendants' assertion that "The estimated amount of the attorneys' fees at this time are: 183.25 hours X $200/hr. (estimated) = $36,650." (*Id.*) Although Defendants stated that they would file a memorandum of points and authorities with supporting documentation, they have failed to do so.

Local Rule 54.2(b)(2) requires motions seeking attorneys' fees from parties other than the United States must "file and serve a motion . . . (along with a supporting memorandum of points and authorities) within fourteen (14) days of the entry of judgment in the action with respect to which the services were rendered." LRCivP 54.2(b)(2).

Defendants have failed to comply with the Local Rules and have utterly failed to support their motion for attorneys' fees.

Accordingly,

**IT IS ORDERED** denying Defendants' Motion for Award of Attorneys' Fees and Non-Taxable Expenses (Doc. 60).

Dated this 26th day of June, 2014.

James A. Teilborg
Senior United States District Judge